IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIVINGSOCIAL INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:13-cv-4205-EDL<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S NOTICE OF DISASSOCIATION OF TEXAS COUNSEL AND REQUEST FOR ORDER REMOVING TEXAS COUNSEL FROM CM/ECF DISTRIBUTION |

　　　Evolutionary Intelligence, LLC's Notice of Disassociation and Request for Order Removing Texas Counsel from CM/ECF Distribution (the "Request for Order Removing Texas Counsel from CM/ECF Distribution") came before this Court. Having considered the Request for Order Removing Texas Counsel from CM/ECF Distribution, and finding good cause therefore, it is hereby ordered that the below-listed attorneys shall be and hereby are terminated as counsel of record for Evolutionary:

　　　　　Charles Ainsworth
　　　　　State Bar No. 00783521
　　　　　Robert Christopher Bunt
　　　　　State Bar No. 00787165
　　　　　PARKER, BUNT & AINSWORTH, P.C.
　　　　　100 E. Ferguson, Suite 1114
　　　　　Tyler, TX 75702
　　　　　903/531-3535
　　　　　903/533-9687
　　　　　E-mail: charley@pbatyler.com
　　　　　E-mail: rcbunt@pbatyler.com

It is further ordered that each of the above-listed attorneys shall be removed from the CM/ECF distribution for this matter.

Dated: Oct 7, 2013

_____
Elizabeth D. Laporte
United States Magistrate Judge