1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**United States District Court**
For the Northern District of California

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | Case Nos. 13-04513, 13-04201, 13-04202, 13-04203, 13-04204, 13-04205, 13-04206, 13-04207, 13-03587 |
|                Plaintiff, | |
| v. | **Judgment** |
| SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS INC., | |
|                Defendants. | |

| |
|---|
| EVOLUTIONARY INTELLIGENCE, LLC, |
|                Plaintiff, |
| v. |
| APPLE, INC., |
|                Defendants. |

| |
|---|
| EVOLUTIONARY INTELLIGENCE, LLC, |
|                Plaintiff, |
| v. |
| FACEBOOK, INC., |
|                Defendants. |

**United States District Court**
For the Northern District of California

1  EVOLUTIONARY INTELLIGENCE,
2  LLC,

3                    Plaintiff,
   v.

4  FOURSQUARE LABS, INC.,

5                    Defendants.

7  EVOLUTIONARY INTELLIGENCE,
   LLC,

8                    Plaintiff,
9  v.

10 GROUPON, INC.,

11                   Defendants.

14 EVOLUTIONARY INTELLIGENCE,
   LLC,

15                   Plaintiff,
16 v.

17 LIVINGSOCIAL, INC.,

                     Defendants.
18

20 EVOLUTIONARY INTELLIGENCE,
   LLC,

21                   Plaintiff,
22 v.

23 TWITTER, INC.,

24                   Defendants.

United States District Court
For the Northern District of California

1    EVOLUTIONARY INTELLIGENCE,
     LLC,
2
                     Plaintiff,
3    v.

4    YELP, INC.,

5                    Defendants.

6
7    EVOLUTIONARY INTELLIGENCE,
     LLC,
8
                     Plaintiff,
9    v.

10   MILLENNIAL MEDIA, INC.,

11                   Defendants.

12

13          On October 6, 2015 the court issued an order granting the motion to dismiss and motion for

14   judgment on the pleadings filed by defendants Sprint Nextel Corporation, Sprint Communications

15   Company L.P., Sprint Spectrum L.P., Sprint Solutions Inc., Apple, Inc., Facebook, Inc., Foursquare

16   Labs, Inc., Groupon, Inc., LivingSocial, Inc., Twitter, Inc., Yelp, Inc., and Millennial Media, Inc.

17   (collectively, "defendants"). Case No. 13-4513, Dkt. No. 225. Pursuant to Federal Rule of Civil

18   Procedure 58, the court hereby ENTERS judgment in favor of defendants and against plaintiff. The

19   Clerk of Court shall close the file in this matter.

20

21   Dated: October 6, 2015          

22                                   RONALD M. WHYTE
                                     United States District Judge
23

24

25

26

27

28