**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, <br><br>    Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS INC., <br><br>    Defendant-Counterclaim Plaintiff. | **Case No. 5-13-cv-04513-RMW** <br><br> [PROPOSED] **ORDER EXTENDING TIME FOR DEFENDANTS TO FILE BILL OF COSTS AND MOTIONS FOR ATTORNEYS' FEES** |
| EVOLUTIONARY INTELLIGENCE, LLC, <br><br>    Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> APPLE, INC., <br><br>    Defendant-Counterclaim Plaintiff. | **Case No. 5:13-cv-04201-RMW** |
| EVOLUTIONARY INTELLIGENCE, LLC, <br><br>    Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> FACEBOOK, INC., <br><br>    Defendant-Counterclaim | **Case No. 5:13-cv-04202-RMW** |

---

[Proposed] Order Extending Time for Defendants to File Bill of Costs and Motions for Attorneys' Fees
Case Nos. 5-13-cv-04205; 5:13-cv-04203; 5:13-cv-04204; 5-13-cv-04205; 5-13-cv-04205; 5-13-cv-04204; 5:13-cv-04201-RMW; 5:13-cv-04202-RMW.

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff-Counterclaim<br>    Defendant,<br><br>    v.<br><br>FOURSQUARE LABS, INC.,<br><br>    Defendant-Counterclaim<br>    Plaintiff. | **Case No. 5:13-cv-04203-RMW** |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff-Counterclaim<br>    Defendant,<br><br>    v.<br><br>GROUPON, INC.,<br><br>    Defendant-Counterclaim<br>    Plaintiff. | **Case No. 5-13-cv-04204-RMW** |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff-Counterclaim<br>    Defendant,<br><br>    v.<br><br>LIVINGSOCIAL, INC.,<br><br>    Defendant-Counterclaim<br>    Plaintiff. | **Case No. 5-13-cv-04205-RMW** |

---

[Proposed] Order on Stipulation to Extend Time for Defendants to File Bill of Costs and Motions for Attorneys' Fees
Case Nos. 5-13-cv-04205; 5:13-cv-04203; 5-13-cv-04204; 5-13-cv-04205; 5-13-cv-04205; 5-13-cv-04204; 5:13-cv-04201-RMW; 5:13-cv-04202-RMW..

2

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>MILLENNIAL MEDIA, INC.,<br><br>   Defendant. | **Case No.  5:13-cv-4206-RMW** |

  BEFORE THE COURT is the parties' Stipulation to Extend Time for Defendants to File Bill of Costs and Motions for Attorneys' Fees in the above-captioned cases by two weeks from October 20, 2015 up to and including November 3, 2015.

  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/23/2015

*/s/ Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Judge

---

[Proposed] Order on Stipulation to Extend Time for Defendants to File Bill of Costs and Motions for Attorneys' Fees
Case Nos. 5-13-cv-04205; 5-13-cv-04203; 5-13-cv-04204; 5-13-cv-04205; 5-13-cv-04205; 5-13-cv-04204; 5:13-cv-04201-RMW; 5:13-cv-04202-RMW..

3